People v Davone J.

2026 NY Slip Op 02419

April 22, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Davone J. (Anonymous), appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 22, 2026

2023-06109, (Ind. No. 75909/22)

Colleen D. Duffy, J.P.

Barry E. Warhit

Lourdes M. Ventura

Lisa S. Ottley, JJ.

Patricia Pazner, New York, NY (Steven C. Kuza of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jean M. Joyce, and Ann Bordley of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Raymond L. Rodriguez, J.), rendered June 23, 2023, adjudicating him a youthful offender, upon his plea of guilty to criminal possession of a firearm, and imposing sentence.

ORDERED that the judgment is affirmed.

The defendant's contentions that his conviction of criminal possession of a firearm is unconstitutional are unpreserved for appellate review, since the defendant failed to raise those constitutional challenges before the Supreme Court (see People v David, 41 NY3d 90, 96; People v Cabrera, 41 NY3d 35, 42), and we decline to reach them in the exercise of our interest of justice jurisdiction.

In light of our determination, the defendant's remaining contention need not be reached.

DUFFY, J.P., WARHIT, VENTURA and OTTLEY, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court